UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 07-80908-CIV-HURLEY/HOPKINS

CAPITAL GROWTH FINANCIAL, LLC,

    Plaintiff,

vs.

QUANTA SPECIALTY LINES
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT
AND GRANTING MOTION FOR DISBURSEMENT
OF FUNDS DEPOSITED INTO REGISTRY OF COURT**

THIS CAUSE, came before the Court upon Motion for Order Approving Settlement Agreement and for Disbursement of Interpleader Funds Deposited in the Court Registry, and the Court having reviewed the motion, the Settlement Agreement, and the court file, it is hereby:

ORDERED AND ADJUDGED that:

1. The Settlement Agreement is approved.

2. The Clerk of the Court is directed to disburse the funds in the amount of $970,000.00 deposited in the Court Registry payable, forthwith, as follows, and delivered to Arnstein & Lehr, LLP, c/o John M. Cooney, Esq., 200 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301:

    a) $646,160.00 payable to Mattson, Ricketts, Davies, Stewart & Calkins Trust Account;

8275955_1.DOC

CASE NO. 07-80908

b) $93,840.00 payable to Mattson, Ricketts, Davies, Stewart & Calkins Trust Account;

c) $170,000.00 payable to Baritz & Colman Trust Account; and

d) $60,000.00 payable to Husch, Blackwell, Sanders Trust Account.

DONE and ORDERED in Chambers, at West Palm Beach, Florida, this 24 day of November, 2008.

*(signature)*
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel

8275955_1.DOC

- 2 -